**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAWRENCE L. SHORT** | : | **Civil Action No. 09-0251** |
| **Plaintiff** | : | |
| | : | **Judge Gary L. Lancaster** |
| **v.** | : | |
| | : | **Electronically Filed** |
| **SCOTLANDYARD SECURITY** | : | |
| **SERVICES, INC.** | : | |
| **Defendant.** | : | |

_____

**STIPULATION FOR EXTENSION OF**
**TIME TO FILE ANSWER TO COMPLAINT**

Counsel for the parties have agreed and hereby stipulate that Defendant shall have

10 days from the current deadline, or until May 28, 2009, to respond to the Complaint.


| | |
|---|---|
| s/Joseph H. Chivers | s/Isaac H. Green |
| Joseph H. Chivers, Esquire | Isaac H. Green, Esquire |
| PA ID No. 39184 | PA ID No. 36059 |
| Suite 1010 | 116 East Glenside Avenue |
| 100 First Avenue | Glenside, PA 19038 |
| Pittsburgh, PA 15226 | 267-625-9189 |
| 412-227-0763 | 215-885-1166 Fax |
| 412-281-8481 Fax | eileensbiz@yahoo.com |
| jchivers@employmentrightsgroup.com | |
| | Counsel for Defendant |
| Counsel for Plaintiff | Scotlandyard Security Services, Inc. |
| Lawrence L. Short | |

Dated: May 14, 2009


SO ORDERED, this 14th day of May, 2009.

_____ J.

Hon. Gary L. Lancaster, U.S. District Judge