IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE G. SHORT | ) Civil Action No. 09-0251 |
| | ) |
| Plaintiff, | ) JUDGE GARY L. LANCASTER |
| | ) |
| v. | ) |
| | ) |
| SCOTLANDYARD SECURITY SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

### ORDER

AND NOW, upon review of the foregoing Stipulation, it is hereby **ORDERED** that Plaintiff's case is **DISMISSED, WITHOUT PREJUDICE**, without any award of fees and costs by the Court, for the purpose of transferring this matter to state court.

The Clerk shall mark this case "CLOSED" forthwith.

Date: 8-20-09

_____
Gary L. Lancaster, J.